UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | ) ) ) | CASE NO. 1:16CV3053 |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CENTRAL FLORIDA COLLISION SERVICES, et al., | ) ) ) | JUDGMENT ENTRY |
| Defendants. | ) | |

This matter came to be heard on Plaintiff's Motion for a Default Judgment. Upon consideration of the same, and the affidavit attached thereto, the Court finds that Plaintiff's Motion should be granted and that a default judgment in the amount of $120,655.00 is hereby entered. Post-judgment interest shall run at the statutory rate from this day forward.

/s/ Patricia A. Gaughan
Judge Patricia A. Gaughan
Chief Judge
United States District Court

Dated: 6/23/17